DOCUMENTATION EVIDENCE

EXCESSIVE FORCE COMPLAINT

EXIBIt (9)
OFFENDER KITE FORMS COMPLAINING OF THE TREATMENT

INMATE BLEVINS RECIEVED

FIRST TO THE SEG. LT.

THEN TO THE O.S.I.

THEN TO THE WARDERN

ALL RESPONCESFROM THE ADMINISTRATION

_____

DOCUMENTATION OF  BLEVINS SUFFERED FROM STAFF ASSULT INJURYS

from rush city health services

(exibit 3)

_____

EXIBIT (4)

PROOF OF THE  PHONY CHARGE OF THEFT WITH NO PROPERTY STOLEN
OR FOUND OR MISSING

RECEIVED
BY MAIL
FEB 0 7 2018
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

SCANNED
FEB 0 7 2018
U.S. DISTRICT COURT MPLS



# STATE OF MINNESOTA
## Department of Corrections

| DATE & TIME | |
|---|---|
| 1-24-17 Continue | States "Since I am paying #5⁰⁰, I want to be tested for H-Pylori." When asked to describe his symptoms he stated "my stomach hurts." Again will not cooperate in answering questions to his purposed ailment. He has a very low compliance percentage. Barely taking his Hctz and Coreg. Will schedule with provider. Will consult provider for EKG prior to appointment. ——— T. Kraemer RN |
| 25/17  0800 | EKG completed. Results given to provider ——— Carmichael |
| 2-18-17 1900 | offender placed in restraint chair, initial restraint. |

| 2/18/17 2030 | Date: 2/18  Time: 2030<br>Nursing notified by security that offender was admitted to segregation; health screening and review of medications completed at this time, advised offender that screening rounds are conducted daily in segregation.<br>☐ Referred for immediate emergency treatment<br>☐ Referred for mental health assessment within 24 hours<br>☐ Provider consulted, orders received and implemented<br>☐ Scheduled to see medical provider _____<br>☐ Treatment initiated per standing orders for_____.<br>☒ No urgent or emergent medical or mental health needs assessed. | Wellness check completed. Requesting bandaids and bacitracin. Gave bandaid and bacitracin ——— J. Barile<br>Exibit 3 |

| 2-18-17 1900 | offender Blevins was taken to CX1W & placed in the restraint chair, initial restraint check was completed all extremities have good CMS. offender is aware & uncooperative. ——— J. Beavers |

| 2/23/17 1200 | WT: Seg  P: 92  R: 16  02: 97  T: 98.4<br>® arm - 186/150<br>BP R/L ARM: ① arm - 173/109  PAIN: "a lot" | Was seen in segregation for sick call. States on 1/18/17 he was injured by staff. |

c/o pain in upper ① side of back. Has ① arm numbness and pain behind ① ear. Discoloration noted behind ① ear along with dry/scaly skin. Discoloration noted in 4 different places around ① eye. Muscle inflammation felt in ① upper side of back. CMS in ① arm intact. Radial pulse present. BP extremely high and not taking BP meds. Educated on need to take BP meds

| | |
|---|---|
| 175773 | 5/4/1975 |
| Blevins, Earley Romero | OID _____ |
| 5070020043 | **PROGRESS NOTES**  Ⓜ MINNCOR industries |



# MCF – Rush City

# OFFICE
# MEMORANDUM

**DATE:**     April 18, 2017

**TO:**      Earley BLEVINS #175773                1W 126L

**FROM:**    Jeff Titus, Warden

**SUBJECT:**    Kite response

Commissioner Roy asked me to respond to the letter that was received in his office on April 7.

This issue has been addressed previously.  As has been explained to you and even outlined in your discipline documents, you were not "falsely charged" of stealing from the kitchen.  It is standard procedure, as you know, that all kitchen workers are pat searched upon leaving the kitchen/dining rooms.  Your negative behavior during the pat searched is what resulted in you receiving discipline.

I understand you have a filed a claim on this matter.  I would encourage you to allow the claims officer to process the information you submitted.  You will hear the outcome in the near future.  That being said, this will be the final response to this issue.

I encourage you to work with facility staff during the remainder of your incarceration. By doing so, you may develop insight to see how your behavior directly causes the circumstances you find yourself in, both good and bad.


cc:    · DOC Claims


*Contributing to a safer Minnesota*
EQUAL OPPORTUNITY EMPLOYER



**Central Office**
1450 Energy Park Drive Suite 200 • St. Paul MN, 55108
PH 651.361.7200 • Fax 651.642.0223 • TTY 800.627.3529
**www.doc.state.mn.us**

April 17, 2017

Earley Blevins, #175773
MCF- Rush City
7600 525th Street
Rush City, MN 55069

**Re: Injury**

Mr. Blevins:

You claim you were injured on February 23, 2017, at MCF-Rush City when staff restrained you
during an incident.  Because the injury you sustained did not result from your performance of
assigned duties, it cannot be handled using the Department's administrative process.

Respectfully,
/s/ Jean M. Whitney
Jean M. Whitney
Associate General Counsel

cc:     Claims Coordinator, MCF-RC

*Contributing to a safer Minnesota*

EQUAL OPPORTUNITY EMPLOYER

Exibit, 1

**Minnesota Department of Corrections**
**OFFENDER KITE FORM**

RECEIVED
MAR 31 2017

Offenders are encouraged to communicate with staff at all levels, but it is expected that the chain of command will be used. Your kite should be directed to the staff who can best answer your question. If you send a kite requiring an answer to the wrong staff, it will be returned to you. Kites are to be used for offender to staff correspondence only. If your kite is not specific, it will be returned for additional information. If you want your kite reviewed further up the chain of command, you must attach all previous kites to show the previous responses.

To: A.H. Mr. Smith                         Date: March 29-17

From: Corley Blevins                       OID# 175773

Facility/Unit: 1-W      Room/Cell: 120      Casemanager: _____

Other staff you have contacted regarding this issue and the outcome/decision (attach responses):

your last response was 3-4 weeks ago I just got it I Believe my mail is being purposly put in seg property

Issue: So my purpose in writing this kite is because this whole incident is not sitting well with me, in the chain of events I was accused of stealing out of the kitchen with only a ace Bandage, taken to Seg. because of the way I communicated and locked while handcuff thrown on a mattress with some one else's blood, face and mouth forcibly smash into it with no reguards for my health (Hiv Hep C) which can last 10 years on suffers. I moved my body to get out of the blood since they didn't care while in the chair (Micheal-Smith) repedtly choked me when he release I started gasping for air and spitting he said you fuckin spit on me and punched me in the eye

Response from: Smith  4/3/17       Date: [Turn over]

You need to follow the corect process to get your medical records.

Return to: _____ OID#: _____ Unit: _____ Room/Cell: _____

Distribution upon completion of response:  Original to offender; copy to respondent  303.101A  (5/2009)

as a man I . . . . . . . . . . . . . . . will my self. how can I except being treated this way? and did I do some thing to These officers to go out of the realm of Doc disiplain ~~and~~ and inflict corperal punishment on me? Please tell the Medical records lady to give me my copy's that I paid for I gave them the recipt informed what wanted to be copied I have been asking for a month and I am within policy for my request if I cant get this next week I need to contact ~~~~~

question for you? if I got inJured by your staff and asked your staff to docoment my inJorys with photos? OSI said No Lt. Peterson, No( is this normal policy?)

**Minnesota Department of Corrections**
## OFFENDER KITE FORM

Offenders are encouraged to communicate with staff at all levels, but it is expected that the chain of command will be used. Your kite should be directed to the staff who can best answer your question. If you send a kite requiring an answer to the wrong staff, it will be returned to you. Kites are to be used for offender to staff correspondence only. If your kite is not specific, it will be returned for additional information. If you want your kite reviewed further up the chain of command, you must attach all previous kites to show the previous responses.

To: O.S.I

From: Farley Pleous

Facility/Unit L + W   Room/Cell 120   Casemanager: _____

Date: Feb - 23

OID# 175773

**Other staff you have contacted regarding this issue and the outcome/decision (attach responses):**

Issue: You are doing your investagation About whether I Spit on a officer, I realize you have to do you Job, however like I told you I have injury's as well when I was in handcuffs on my face behind my ear, I would request these injury's to be "photographed"

Response from: _____   Date: _____

to preserve evidence in this incident

Thank you

Please contact Lt. Peterson for this request.

Thanks

Return to: _____   OID#: _____   Unit: _____   Room/Cell: _____

Distribution upon completion of response: Original to offender; copy to respondent   303.101A   (5/2009)

BLEVINS 175773
1 WROLEX 1 West

**Minnesota Department of Corrections**
## OFFENDER KITE FORM

Offenders are encouraged to communicate with staff at all levels, but it is expected that the chain of command will be used.  Your kite should be directed to the staff who can best answer your question.  If you send a kite requiring an answer to the wrong staff, it will be returned to you.  Kites are to be used for offender to staff correspondence only.  If your kite is not specific, it will be returned for additional information.  If you want your kite reviewed further up the chain of command, you must attach all previous kites to show the previous responses.

To: Lt. Peterson                           Date: 3-15-17

From: Earley Blevins                    OID# 175773

Facility/Unit 1-W.      Room/Cell 120      Casemanager:

**Other staff you have contacted regarding this issue and the outcome/decision (attach responses):**



Issue: I would like to know the process of an

Inmate with visible Abrasions on the face

to get pictures Just like when inmates are

fighting for record of evidence



Response from: _Lt. R_____      Date: 3/20/17

Write OSI



Return to: Blevins          OID#: 175773 Unit: 1W    Room/Cell: 120L

Distribution upon completion of response:  Original to offender; copy to respondent   303.101A   (5/2009)

EXIbIT (14)



# Minnesota Department of Corrections
# Discipline - Rush City
# Notice of Violation - Report # 521595

OID: 175773  Name: Blevins, Earley Romero

Living Assignment:  MCF-RC 1W B Lower 120 Lower

---

You are being charged with violating the following Offender Discipline Regulations:

| | | |
|---|---|---|
| **160  Disobeying a Direct Order** | Max Days: LOP 30, SEG 15, RS 5, EI 0 | |
| **170  Interference with Security Procedures** | Max Days: LOP 30, SEG 15, RS 5, EI 0 | |
| **190  Unauthorized Control, Theft, Possession, Transfer or Use of Property** | Max Days: LOP 30, SEG 15, RS 5, EI 0 | |
| **300  Abuse/Harassment** | Max Days: LOP 30, SEG 15, RS 5, EI 0 | |
| **310  Threatening Others (RCV)** | Max Days: LOP 30, SEG 30, RS 10, EI 10 | |
| Risk Code | | |
| **320  Disorderly Conduct** | Max Days: LOP 30, SEG 15, RS 5, EI 0 | |
| **386  Possession of Other Contraband** | Max Days: LOP 30, SEG 30, RS 10, EI 10 | |
| **411  Assault Staff (RCV)** | Max Days: LOP 0, SEG 60, RS 10, EI 120 | |
| Risk Code | | |

| | | | |
|---|---|---|---|
| Date of Incident | **02/18/2017  18:35** | Location | **CCRTNDA** |
| Date Charged | **02/21/2017** | Reporting Staff | **Haskamp, Eric** |

## Narrative

Staff were conducting contact searches of the kitchen workers. During the search of Offender #175773 Blevins, Early the officer felt something hard around his right knee. The officer asked what was wrapped around his leg and Blevins said, "It's nothing metal! It's nothing like cheese or some shit." Blevins then started to walk away from the officer and Blevins was asked again what was around his leg. Blevins got very upset and pulled up his right pant leg and pulled an ACE wrap off of his leg and threw it on the floor. Blevins was escorted to the holding cell. Blevins was asked multiple times if he would comply with the unclothed body search. Blevins began to argue and said, "You said you could take me to seg. I don't care. Take me to seg. There's no cuffs on me. If I wanted to, I could break away from these guys. Just take me to seg." During the escort to segregation, Blevins told the officer that he was a little bitch. Blevins refused to put his shoes on and started to call the other officer a punk ass bitch. Once in segregation, an ICS was activated as Blevins was resisting staff and refused to comply with directives. Blevins said, "Get off me gay ass mother fuckers. You all keep fucking with me! You're making my might hard. I am going to make your night hard." Blevins was then placed in the restraint chair and was resisting having his legs placed into the restraints. Blevins was spitting and the officer felt saliva land on the right side of his face. Blevins continued to spit through the expectorant control device. Blevins said, "I'm gonna get you" and began to draw mucus into his mouth so he could spit again. Blevins was secured in the cell. The bandage was placed into evidence.

The following adverse witnesses may be allowed to testify:

**Beavens, Tammie / Peterson, Kenneth / Hoiland, Roy / Kupfer, Richard / Mollhoff, Peter / O'Brien, Nathan / Haskamp, Eric / Smith, Michael / Kunshier, Jason / Mariakis, Brandon**

The following evidence may be introduced:

**Incident Reports / Evidence Case 28698, 28699 / Surveillance Video**

Your hearing is tentatively scheduled for **02/24/2017**

---

Distribution: Base File, Discipline File, Offender, Reporting Staff

02/21/2017 07:50