# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Earley Blevins,

        Plaintiff,

v.

Peter Mollhoff, Brandon Mariakis,
Michael Smith, and Ken Peterson,

        Defendants.

Civil No. 18-cv-0343 (PJS/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendants' Motion for Summary Judgment [Doc. No. 81] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 3/4/20

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Judge